UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 9, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10CR00395-LKK-11 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SEARCY ANDREWS, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SEARCY ANDREWS , Case No. 2:10CR00395-LKK-11 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

    ✔ Unsecured Appearance Bond $100,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)  The defendant shall be on 9/10/2010 @ 8:30 a.m. to the Pretrial Services Officer 

Issued at  Sacramento, CA  on  September 9, 2010  at  2:53 pm .

By  /s/ Gregory G. Hollows 
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court