# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.  )  CR NO: 2:10-00395-LKK

SEARCY ANDREWS, aka Yasier Faiz Akbar

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum  ☐ Ad Testificandum.

Name of Detainee: **SEARCY RODNEY ANDREWS**, aka Yasier Faiz Akbir

Detained at (custodian): **Sacramento County Main Jail**

Detainee is: a.) ☒ charged in this district by:
☒ Indictment  ☐ Information  ☐ Complaint
Charging Detainee With: **21 U.S.C. § 843(b) - Use of a Communication Device to Facilitate a Drug Trafficking Offense**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: /s/ Todd D. Leras
Printed Name & Phone No: **TODD D. LERAS (916) 554-2918**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

December 1, 2010
Date                                                                United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | X-3468558 | DOB: | 06/30/1980 |
| Facility Address: | 651 I Street | Race: | |
| | Sacramento, California 95814 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | HS 11359 Possession/Marijuana For Sale | | |

**RETURN OF SERVICE**

Executed on _____ by _____

_____
(Signature)

Form Crim-48                                                                                    Revised 11/19/97