FILED
July 19, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SEARCY ANDREWS, ) <br> ) <br> Defendant. ) | Case No. 2:10-CR-00395-LKK-11 <br><br> ORDER FOR RELEASE OF ✱ <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SEARCY ANDREWS</u>, Case No. <u>2:10-CR-00395-LKK-11</u>, Charge <u>Title 21 USC §§ 843(b); 853(a)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>100,000 (co-signed)</u>

        ✔   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        ✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 19, 2011</u> at <u>3:34</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge

✱ To take effect upon defendant's release from state custody on or about August 4, 2011.