ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SEARCY ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEARCY ANDREWS,<br><br>Defendant. | Case No. 2:10-CR-00395 LKK<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE**<br><br>Judge: Hon. Dale A. Drozd |

On September 9, 2010, Searcy Andrews was ordered released with conditions that he participate in the Effort residential drug treatment program and, upon completion of the Effort, participate in a program of home confinement, electronic monitoring, and a curfew. *See* Docket No. 57, ¶¶ 3, 15. At this time the parties, with the full agreement of pretrial services, are requesting that special conditions 3 and 15 be eliminated. Mr. Andrews will still be closely monitored by pretrial services, required to stay at a residence approved by pretrial services, be subject to drug testing and required to participate in drug treatment, but he will not longer be subject to home confinement, electronic monitoring, or a curfew. All other conditions are to remain the same. Attached hereto are the new Amended Conditions as proposed by the pretrial services officer and the parties.

The parties and pretrial services feel that this action is appropriate at this time since Mr.

-1-

1 | Andrews has completed residential treatment at the Effort and has been fully compliant with all
2 | conditions of his release so far. The Court is advised that attorney for the United States in this
3 | action, Assistant United States Attorney Todd Leras, has been apprised of this request and provided
4 | with a copy of the attached amended conditions, and has indicated that he has no objection to such
5 | modifications to the conditions of Mr. Andrews' release.

6 | Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: January 27, 2012

BENJAMIN WAGNER
United States Attorney

By: /s/ Todd Leras
TODD LERAS
Assistant United States Attorney

Dated: January 27, 2012

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SEARCY ANDREWS

## ORDER

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of Mr. Andrews' release are hereby modified pursuant to 18 U.S.C. § 3145(a). The new conditions of release are those set forth in the Amended Special Conditions of Release attached to the parties' stipulation.

Dated: January 27, 2012

/s/ Dale A. Drozd
HON. DALE A. DROZD
United States Magistrate Judge

## AMENDED Special Conditions of Release

Re: Andrews, Searcy
Doc. No.: 2:10-CR-0395-LKK-11

1) You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2) You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3) You shall abstain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

4) You shall submit to drug or alcohol testing as approved by the pretrial services officer;

5) You shall reside at a residence approved by Pretrial Services and you shall not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

6) You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

7) You shall cooperate in the collection of a DNA sample;

8) Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

9) You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

10) You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer once you complete the residential program;

11) You shall not associate or have any contact with the co-defendants in this case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

Andrews, Searcy
Page 2

12) You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and

13) You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer upon completion of residential treatment. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

**January 20, 2012**