**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SEARCY ANDREWS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-00395 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE** |
| SEARCY ANDREWS, | |
| Defendant. | |
| | Judge: Hon. Kendall J. Newman |

On June 28, 2012, the parties filed a stipulation and proposed order asking that the court modify the special conditions of release, and a new list of special conditions, 3rd Amended Special Conditions of Release, was attached to the motion. As a result, all counseling and treatment requirements were removed from the amended conditions of release. This was an error.

The stipulation should have provided that the condition as stated, "You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer," (no. 6 of the Amended Special Conditions of Release; see Docket no. 143) should be removed and the following condition should remain in full force and effect: "You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer upon completion of residential treatment. Such programs may include group

-1-

sessions led by a counselor or participation in a program administered by the Pretrial Services office," (no. 13 of the Amended Special Conditions of Release). Upon removal of condition 6 and renumbering, condition 13 would have become condition 12. This was the intended modification of the Amended Conditions of Release.

Pre-trial services and the parties agree that cognitive behavior treatment should remain a condition of Mr. Andrews' release. A new 3rd Amended Special Conditions of Release reflecting the intended modification is attached hereto. The parties apologize for the error.

The Court is advised that attorney for the United States in this action, Assistant United States Attorney Todd Leras, has been apprised of this request and provided with a copy of 3rd Amended Conditions of Release attached hereto.

Accordingly, the parties request that the Court adopt the proposed stipulation.

Dated: July 18, 2012                    BENJAMIN WAGNER
                                        United States Attorney

                                   By:      /s/ Todd Leras
                                        TODD LERAS
                                        Assistant United States Attorney

Dated: July 18, 2012                         /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        SEARCY ANDREWS

### ORDER

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of Mr. Andrews' release are hereby modified pursuant to 18 U.S.C. § 3145(a). The new conditions of release are those set forth in the 3rd Amended Special Conditions of Release attached to the parties' stipulation.

Dated: July 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE