```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
SEARCY ANDREWS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 2:10-CR-00395 LKK |
| )  | |
| Plaintiff,  )  | STIPULATION AND |
| )  | ORDER TO CONTINUE |
| v.  )  | STATUS CONFERENCE |
| )  | |
| )  | |
| SEARCY ANDREWS, et al.,  )  | |
| )  | |
| Defendant.  )  | |
| _____  )  | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Richard Bender, and defendant, Searcy Andrews, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 14, 2014 at 9:15 a.m. and continue the matter to January 22, 2014 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton for change of plea.

The reason for this request is that the parties need additional time to finalize the plea agreement. The government has provided a plea agreement to the defense, and Mr. Andrews has agreed to its essential terms; however, there are some details of the agreement that remain to be settled. The parties contemplate that Mr. Andrews will be prepared to change his plea on January 22, 2014. The Court is advised that Mr. Bender concurs

[Pleading Title] - 1

| | |
|---|---|
| 1 | with this request and has authorized Ms. Radekin to sign this stipulation on |
| 2 | his behalf. |

The parties further agree and stipulate that the time period from the filing of this stipulation until January 22, 2104 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: January 9, 2014         BENJAMIN WAGNER
United States Attorney
By: /s/ Richard Bender
RICHARD BENDER
Assistant United States Attorney


Dated: January 9, 2014         /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
SEARCY ANDREWS

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of January 14, 2014 at 9:15 a.m. is VACATED and the above-captioned matter is set for change of plea on January 22, 2014 at 9:15 a.m.  The court finds excludable time in this matter through January 22, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for

[Pleading Title] - 2

effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: January 14, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT