```
 1  ERIN J. RADEKIN
    Attorney at Law - SBN 214964
 2  428 J Street, Suite 350
    Sacramento, California 95814
 3  Telephone: (916) 446-3331
    Facsimile: (916) 447-2988
 4
    Attorney for Defendant
 5  SEARCY ANDREWS

 6                       IN THE UNITED STATES DISTRICT COURT

 7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

 8

 9  UNITED STATES OF AMERICA,        )     2:10-CR-00395 LKK
                                     )
10                 Plaintiff,        )     STIPULATION AND ORDER
                                     )     TO CONTINUE JUDGMENT AND SENTENCING
11  v.                               )
                                     )
12                                   )
    SEARCY ANDREWS,                  )
13                                   )
                   Defendant.        )
14  _____  )

15
```

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Richard Bender, and defendant, Searcy Andrews, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing, April 8, 2014 at 9:15 a.m., in the above-captioned matter, and to continue judgment and sentencing to May 6, 2014 at 9:15 a.m. in the courtroom of the Honorable Lawrence K. Karlton.

The reason for this request is that Mr. Andrews, who has been diagnosed with multiple sclerosis, recently discovered he has suffered additional lesions on his brain, and his doctor has prescribed a course of high dose steroid therapy for a five day period beginning on April 7, 2014, to attempt to arrest further damage from the disease. Mr. Andrews' doctor informed him he will likely be quite ill during and after this treatment, and thus unable

to appear in court for sentencing.  The treatment is important, however, and Mr. Andrews does not wish to delay it.  The Court is advised that Mr. Bender concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 4, 2014                    BENJAMIN WAGNER
                                        United States Attorney

                                   By:  /s/ Richard Bender
                                        RICHARD BENDER
                                        Assistant United States Attorney

Dated: April 4, 2014                     /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        SEARCY ANDREWS

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, April 8, 2014 at 9:15 a.m., is VACATED and the above-captioned matter is set for judgment and sentencing on May 6, 2014 at 9:15 a.m.

IT IS SO ORDERED.

Dated:  April 8, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT